ROB BONTA
Attorney General of California
SARAH E. MORRISON, SBN 143459
Supervising Deputy Attorney General
DONALD ROBINSON, SBN 72402
KATE M. HAMMOND, SBN 293433
Deputy Attorneys General
300 South Spring Street
Los Angeles, CA 90013
Telephone: (213) 269-6531
Fax: (916) 731-2128
Email: kate.hammond@doj.ca.gov

*Attorneys for Plaintiffs*
*California Department of Toxic Substances Control*
*and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRON U.S.A. INC., et al.,<br><br>Defendants. | Case No. 4:21-cv-07453-DMR<br><br>[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE<br><br>Date: December 14, 2023<br>Time: 1:00 p.m.<br>Courtroom: 4 – 3rd Floor<br>Judge: Chief Magistrate Judge Donna M. Ryu<br><br>Trial Date: None Set<br>Action Filed: September 24, 2021 |

Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "Plaintiffs") Motion for Approval and Entry of Consent Decree (the "Motion") came before this Court for hearing on December 14, 2023.

Having considered the parties and the arguments of counsel and the relevant legal authority, the Court finds that the proposed Consent Decree with Defendants,[1] is reasonable, fair, and consistent with the purposes of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. §§ 9601–9675.

The Motion is hereby granted, and the Consent Decree is hereby approved and will be entered as a judgment of this Court.

IT IS SO ORDERED.

Dated: December 21, 2023

HONORABLE DONNA M. RYU
CHIEF MAGISTRATE JUDGE

---

[1] Defendants are: Aerojet Rocketdyne, Inc.; Aramark Uniform & Career Apparel, LLC; Arris Solutions, Inc.; AT&T Corp.; Atlantic Richfield Company; Bayer CropScience, Inc.; Beazer East, Inc.; Bio-Rad Laboratories, Inc.; The Boeing Company; BP Products North America Inc.; Bridgestone Americas Tire Operations, LLC; Broadcom Inc.; Chevron U.S.A. Inc.; CROWN Beverage Packaging, LLC; Delta Tech Service, Inc.; The Dow Chemical Company; E. I. du Pont de Nemours & Company n/k/a EIDP, Inc.; Evoqua Water Technologies LLC; Exxon Mobil Corporation; ExxonMobil Oil Corporation; ExxonMobil Pipeline Company LLC; FMC Corporation; Ford Motor Company; Gallo Glass Company; General Electric Company; Georgia-Pacific LLC; Hexcel Corporation; Honeywell International Inc.; HP Inc.; Intel Corporation; International Business Machines Corporation; Levin Enterprises, Inc.; Lockheed Martin Corporation; Mobil Exploration and Producing North America Inc.; Mobil Producing Texas & New Mexico Inc.; National Semiconductor (Maine), Inc.; New United Motor Manufacturing, Inc.; Northrop Grumman Systems Corporation; PAC Operating Limited Partnership; PACCAR Inc; Pacific Gas and Electric Company; Phillips 66 Company; PPG Industries, Inc.; The Procter & Gamble Manufacturing Company; Raytheon Company; Renesas Electronics America Inc.; Sanmina Corporation; Shell USA, Inc. f/k/a Shell Oil Company; TABC, INC.; TE Connectivity Corporation; Texaco Downstream Properties Inc.; Thermo Fisher Scientific Inc.; Union Oil Company of California; Union Pacific Railroad Company; United States Steel Corporation (U.S. Steel); United Technologies Corporation n/k/a RTX Corporation; and USS-UPI, LLC.